No. 193, Misc. SAWYER *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Aloysius B. McCabe* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard W. Schmude* for the United States.

No. 216, Misc. TUTTLE *v.* MAINE. Supreme Judicial Court of Maine. Certiorari denied. Petitioner *pro se. Frank E. Hancock,* Attorney General of Maine, and *Richard A. Foley,* Assistant Attorney General, for respondent.

No. 232, Misc. BAGLEY *v.* RHAY, PENITENTIARY SUPERINTENDENT. Supreme Court of Washington. Certiorari denied. Petitioner *pro se. John J. O'Connell,* Attorney General of Washington, and *Stephen C. Way,* Assistant Attorney General, for respondent.

No. 416, Misc. DE MELLO *v.* LANGLOIS, WARDEN. Supreme Court of Rhode Island. Certiorari denied.

No. 486, Misc. HUGHES *v.* FAY, WARDEN. Appellate Division, Supreme Court of New York, Fourth Judicial Department. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Winifred C. Stanley,* Assistant Attorney General, for respondent.

No. 429, Misc. BAUGUS ET AL. *v.* FLORIDA. Supreme Court of Florida. Certiorari denied. *Joseph P. Manners* for petitioners.